EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                  | 2025 TSPR 121      |
|                         |                    |
| Zaritza M. Torres Cruz  | 216 DPR ___        |

Número del Caso: TS-18,833

Fecha:  20 de noviembre de 2025

Fondo de Fianza Notarial del Colegio de Abogados y Abogadas de
Puerto Rico:

    Lcdo. José M. Montalvo Trías
    Director Ejecutivo

Materia:  Conducta Profesional – Suspensión inmediata e indefinida
del ejercicio de la notaría por incumplimiento con las órdenes del
Tribunal Supremo.

Este documento está sujeto a los cambios y correcciones del proceso
de compilación y publicación oficial de las decisiones del Tribunal
Supremo. Su distribución electrónica se hace como un servicio
público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Zaritza M. Torres Cruz          TS-18,833

PER CURIAM

En San Juan, Puerto Rico, a 20 de noviembre de 2025.

Nos corresponde ejercer nuestro poder disciplinario y ordenar la suspensión de forma inmediata e indefinida del ejercicio de la notaría a una integrante de la profesión legal.

I

La Lcda. Zaritza M. Torres Cruz fue admitida al ejercicio de la abogacía el 7 de marzo de 2012 y al ejercicio de la notaría el 9 de mayo de 2012. El 4 de noviembre de 2024, el Fondo de Fianza Notarial del Colegio de Abogados y Abogadas de Puerto Rico presentó una moción en la cual informó que la licenciada Torres Cruz tiene al descubierto el pago de la fianza notarial desde marzo de 2018. Por consiguiente, solicitó la terminación de la fianza otorgada por el Colegio de Abogados y Abogadas de

Puerto Rico y la licenciada Torres Cruz que aprobamos el 30 de abril de 2012. Atendida la moción, el 22 de julio de 2025 le extendimos a la letrada un término de treinta días para que acreditara que adquirió la fianza notarial para cubrir el periodo que comenzó en marzo de 2018 hasta el presente.

Vencido el plazo sin que la notaria compareciera, el 29 de agosto de 2025 le extendimos un término final de diez días para cumplir con la orden de 22 de julio de 2025 y apercibimos a la abogada que de incumplir con la resolución podía conllevar la suspensión del ejercicio de la notaría. A pesar de la advertencia, la notaria no compareció ni ha mostrado causa para su incumplimiento y, ante este cuadro, estamos listos para resolver.

## II

Todo miembro de la profesión legal tiene la obligación de responder nuestras órdenes, máxime cuando se trate de asuntos disciplinarios.[1] Por lo tanto, incumplir con nuestras providencias, además de mostrar indiferencia a nuestros apercibimientos, constituye razón suficiente para la suspensión inmediata e indefinida del ejercicio de la profesión legal.[2] Dicha conducta infringe el Canon 9 del Código de Ética

---

[1] *In re González Soto,* 211 DPR 621, 629 (2023); *In re Meléndez Mulero*, 208 DPR 541, 550 (2022); *In re Vargas Martínez*, 208 DPR 389 (2021); *In re Pavía Vidal I*, 208 DPR 1053 (2021).

[2] *In re González Soto,* supra; *In re Lee Navas*, 199 DPR 1029 (2017); *In re Grau Collazo*, 185 DPR 938, 944 (2012); *In re Rosario Martínez*, 184 DPR 494 (2012).

Profesional, 4 LPRA Ap. IX, pues este dispone que todo profesional del derecho debe observar una conducta caracterizada por el mayor respeto hacia los tribunales y los brazos auxiliares de este Tribunal.[3]

Por otro lado, del Art. 7 de la Ley Núm. 75 de 2 de julio de 1987, según enmendada, conocida como la Ley Notarial de Puerto Rico, 4 LPRA sec. 2011, surge que es un requisito *sine qua non* para ejercer el notariado en Puerto Rico la prestación de una fianza notarial no menor de $15,000.[4] Hemos expresado que "[el] propósito de esta fianza es responder por los daños y perjuicios que el notario pueda ocasionar mediante el desempeño de sus funciones o por el incumplimiento de sus deberes ministeriales".[5] Asimismo, hemos resuelto que el notario se convierte en un peligro para el tráfico jurídico de los bienes inmuebles y para las personas que contratan sus servicios cuando no cuenta con la protección de la fianza.[6] De manera que, "el incumplimiento de la obligación de pagar las primas de la fianza notarial requiere la intervención disciplinaria de este Tribunal".[7]

III

---

[3] *In re González Soto*, supra; *In re Espino Valcárcel*, 199 DPR 761 (2018); *In re López Castro*, 197 DPR 819 (2017); *In re Núñez Vázquez*, 197 DPR 506 (2017).

[4] *In re Martínez Miranda*, 174 DPR 773, 777 (2008).

[5] *In re Martínez Miranda*, supra; *In re Velázquez Beveraggi*, 166 DPR 624 (2005); *Sucn. María Resto v. Ortiz*, 157 DPR 803 (2002); *In re Ribas Dominicci I*, 131 DPR 491 (1992).

[6] In re Núñez Vázquez, 197 DPR 506, 512 (2017); *In re Martínez Miranda*, supra; *In re Velázquez Beveraggi*, supra; *In re Arroyo Rivera I*, 166 DPR Ap. (2005); *In re Ribas Dominicci I*, supra.

[7] Íd.

La licenciada Torres Cruz desafió nuestra autoridad cuando ignoró nuestras órdenes de acreditar la adquisición de la fianza notarial para cubrir el periodo desde marzo de 2018 hasta el presente. La conducta desplegada demuestra desinterés y la ausencia de fianza constituye un peligro para la práctica del ejercicio de la notaría. Tenemos una responsabilidad de estar atentos al ejercicio de la notaría de cada profesional del derecho que practique el notariado, a los deberes y a las obligaciones que a estos les imponen la Ley Notarial de Puerto Rico, su Reglamento y el Código de Ética Profesional.

Ante el marco fáctico y legal esbozado y el poder reservado para este Tribunal de regular la profesión, suspendemos inmediata e indefinidamente a la licenciada Torres Cruz del ejercicio de la notaría.

Por los fundamentos expuestos, decretamos la suspensión inmediata e indefinida del ejercicio de la notaría de la Lcda. Zaritza M. Torres Cruz. Se ordena al Alguacil de este Tribunal incautar inmediatamente la obra y el sello notarial de la licenciada Torres Cruz y entregarlos al Director de la Oficina de Inspección de Notarías para el correspondiente examen e informe.

Notifíquese esta Opinión *per curiam* y *Sentencia* a la licenciada Torres Cruz por medio del correo electrónico registrado en el Registro Único de Abogados y Abogadas (RUA) y personalmente.

Se dictará Sentencia en conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Zaritza M. Torres Cruz          TS-18,833

SENTENCIA

En San Juan, Puerto Rico, a 20 de noviembre de 2025.

Por los fundamentos expuestos en la Opinión *Per Curiam* que antecede, la cual se hace formar parte de esta Sentencia, decretamos la suspensión inmediata e indefinida del ejercicio de la notaría de la Lcda. Zaritza M. Torres Cruz. Se ordena al Alguacil de este Tribunal incautar inmediatamente la obra y el sello notarial de la licenciada Torres Cruz y entregarlos al Director de la Oficina de Inspección de Notarías para el correspondiente examen e informe.

Notifíquese esta Opinión *per curiam* y *Sentencia* a la licenciada Torres Cruz por medio del correo electrónico registrado en el Registro Único de Abogados y Abogadas (RUA) y personalmente.

Así lo pronunció, manda el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo